Dianne KNOX; William L. Blaylock; Robert A. Conover; Edward L. Dobrowolski, Jr.; Karyn Gil; Thomas Jacob Hass; Patrick Johnson; Jon Jumper, On Behalf of Themselves and the Class They Seek to Represent, Plaintiffs–Appellees,

v.

CALIFORNIA STATE EMPLOYEES ASSOCIATION, LOCAL 1000, SERVICE EMPLOYEES INTERNATIONAL UNION, AFL–CIO–CLC, Defendant–Appellant,

and

Steve Westly, Controller, State of California, Defendant.

No. 08–16645.

United States Court of Appeals, Ninth Circuit.

Aug. 16, 2012.

Steven R. Burlingham, Esquire, Gary Till & Burlingham, Sacramento, CA, William James Young, National Right to Work Legal Defense Foundation, Inc., Springfield, VA, for Plaintiffs–Appellees.

Jeffrey B. Demain, Esquire, Peder J. Thoreen, Altshuler Berzon LLP, San Francisco, CA, for Defendant–Appellant.

Douglas J. Woods, Esquire, AGCA–Office of the California Attorney General. Sacramento, CA, for Defendant.

On Remand From The United States Supreme Court. Eastern District of California, Sacramento. D.C. No. 2:05–CV–02198–MCE–KJM.

Before: J. CLIFFORD WALLACE, SIDNEY R. THOMAS, and RICHARD R. CLIFTON,* Circuit Judges.

* Judge Richard R. Clifton was substituted for the late Judge David R. Thompson. See General Order 3.2(g).

## ORDER

Pursuant to the opinion of the United States Supreme Court dated June 21, 2012, the district court opinion is vacated, and the case is remanded to the district court for further proceedings consistent with the Supreme Court's opinion.

IT IS SO ORDERED.